

# Fourth Court of Appeals
## San Antonio, Texas

January 16, 2019

No. 04-18-00913-CR

Tam-Monta Lamont Eugene **HASTINGS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR8107
Honorable Frank J. Castro, Judge Presiding

# O R D E R

Because the trial court's certification in this appeal states that "this criminal case is a plea-bargain case, and the defendant has NO right of appeal", we ordered appellant to file an amended trial court certification showing appellant has the right of appeal. *See* TEX. R. APP. P. 25.2(d); 37.1; *see also Daniels v. State*, 110 S.W.3d 174 (Tex. App.—San Antonio 2003, order). We warned that if appellant did not do so, we would dismiss the appeal; we further suspended all appellate deadlines pending further court order.

On January 11, 2019, appellant filed a "Motion to Extend Time to File Appellant's Response to the Court's December 14, 2018 Show Cause Order." Counsel states he needs to review the September 28, 2018 sentencing hearing before he can make a final determination as to the basis, if any, for an amended certification. We GRANT appellant's motion. In doing so, we ORDER court reporter Ms. Jessica C. Butts to file the reporter's record of the September 28, 2018 sentencing hearing no later than January 28, 2019. Appellant's response to the December 14, 2018 show cause order is due 10 days from the date the reporter's record referenced above is filed.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of January, 2019.



KEITH E. HOTTLE,
Clerk of Court